**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00719-CMA-KLM

JESSICA KOPECKY,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,, a Delaware limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with F. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9) filed April 17, 2012, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: April __17__, 2012

                BY THE COURT:

                *Christine M Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge